UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-M-1114

UNITED STATES OF AMERICA )
) ORDER ALLOWING DISMISSAL OF
v. ) CRIMINAL INFORMATION AND
) WITHDRAWAL OF ARREST WARRANT
CRAIG MINELL POYSER )

Leave of court is granted for the filing of the foregoing dismissal.

10-15-2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE